# PINCUS LAW GROUP, PLLC

425 RXR Plaza, Uniondale, NY 11556
Telephone: 516-699-8902 Fax: 516-279-6990

August 16, 2019

Hon Carla Craig
United States Bankruptcy Court
Eastern District of New York
Brooklyn, NY

**Re:    Debtor: Maria Almonte**
**Case No.:19-41183**
**Chapter 13**

Dear Judge Craig:

This office represents NewRez LLC d/b/a Shellpoint Mortgage Servicing. ("NewRez").  On or about  July 17, 2019, NewRez sent Debtor a missing documents list stating that the following documents were still needed:
1.UBAF-Corrections
-Needs to be Dated on pg 4

2.4506-T Corrections
-Check Signature Box
-Date Document

3..Contribution Letter for Belarmino & Miguel
-Needs to have specific Amount or %, Start & End Date.  Please note, Debtor followed up for the form contribution letter a day or so after and the form contribution letter was provided the same day.

4..2nd Mtg Statement

5..Documentation For Name Change from Almonte to Rodriguez

6..Need Full 30 days of paystubs for both contributors

7..Full 2 months of bank statements for Bwr and contributors, all accounts, all pages included.

To date, no documents have been received. On behalf of NewRez, the undersigned counsel sent a second request for these items this day.

                              Respectfully submitted,

                              __/s/Nicole LaBletta_____
                              Nicole LaBletta, Esq.
                              Pincus Law Group, PLLC
                              425 RXR Plaza
                              Uniondale, NY 11556
                              (516) 699-8902

Cc:  All parties via ECF